# ATTACHMENT A
## Property to Be Searched

This warrant applies to information associated with the Facebook Group user ID **533180143495742**, a Facebook group that is also knows as "NWA free, giveway, or pay it forward," that is stored at premises owned, maintained, controlled, or operated by Meta Platforms Inc. (Meta), formerly known as "Facebook," a company headquartered in Menlo Park, California 94025, a location in the Northern District of California.