# ATTACHMENT B
## Particular Things to Be Seized

**I.  Information to be disclosed by Meta Platforms Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms Inc. ("Meta"), formerly known as "Facebook," including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information for user ID **533180143495742**, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical addresses (including city, state and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b) All activity logs for user ID **533180143495742**, and all other documents showing the Group's posts and other Facebook activities from October 24, 2022, to November 3, 2022;

(c) All photos and videos uploaded by and to user ID **533180143495742**, and all photos and videos uploaded by any user that have that user tagged in them October 24, 2022, to November 3, 2022, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All records of conversations, activity, and interactions between user ID 100087245287695, and members of the Facebook group with the user ID **533180143495742** from October 24, 2022, to November 3, 2022;

(e) All other records and contents of communications and messages made or received by the user from October 24, 2022, to November 3, 2022, including all Messenger activity,

private messages, chat history, video and voice calling history, and pending "Friend" requests;

Facebook is hereby ordered to disclose the above information to the government within fourteen days of issuance of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252(a), 2252A(a), and 2422; involving this user ID identified on Attachment A, information pertaining to the following matters:

(a)     See Section I above of Attachment B; and

(b)     Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.