# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 22-SW-2169-DPR
INFORMATION ASSOCIATED WITH FACEBOOK GROUP )
USER ID 533180143495742 THAT IS STORED AT )
PREMISES CONTROLLED BY )
META PLATFORMS, INC. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An Application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__

*(identify the person or describe the property to be searched and give its location)*:

Information associated with Facebook Group User ID 533180143495742, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, established probable cause to search the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __12/26/22__ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and return this warrant and inventory to __Chief United States Magistrate Judge David P. Rush__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result as listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

☐ Warrant issued in person.
☒ Warrant issued by telephone or other reliable electronic means.

Date and Time issued: __12/12/2022 at 10:42 a.m.__   *(signature)*
                                                    *Judge's signature*
                                                    Chief United States Magistrate Judge David P. Rush

City and state: __Springfield, Missouri__
                                                    *Printed name and title*

# Return

| Case No. | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-SW-2169-DPR | 12-12-22   12:30 PM | N/A |

Text Inventory made in the presence of:

N/A

Inventory of the property taken and name of any person(s) seized:

See attachment B

# Certification

☐ I declare under penalty of perjury that this inventory is correct and returned electronically along with the warrant to the designated judge pursuant to Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

☑ I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 12-12-22

_____
*Executing officer's signature*

Stacy Moore /SA
_____
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the Facebook Group user ID **533180143495742**, a Facebook group that is also knows as "NWA free, giveway, or pay it forward," that is stored at premises owned, maintained, controlled, or operated by Meta Platforms Inc. (Meta), formerly known as "Facebook," a company headquartered in Menlo Park, California 94025, a location in the Northern District of California.

# ATTACHMENT B
## Particular Things to Be Seized

**I. Information to be disclosed by Meta Platforms Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms Inc. ("Meta"), formerly known as "Facebook," including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information for user ID **533180143495742**, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical addresses (including city, state and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b) All activity logs for user ID **533180143495742**, and all other documents showing the Group's posts and other Facebook activities from October 24, 2022, to November 3, 2022;

(c) All photos and videos uploaded by and to user ID **533180143495742**, and all photos and videos uploaded by any user that have that user tagged in them October 24, 2022, to November 3, 2022, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All records of conversations, activity, and interactions between user ID **100087245287695**, and members of the Facebook group with the user ID **533180143495742** from October 24, 2022, to November 3, 2022;

(e) All other records and contents of communications and messages made or received by the user from October 24, 2022, to November 3, 2022, including all Messenger activity,

private messages, chat history, video and voice calling history, and pending "Friend" requests;

Facebook is hereby ordered to disclose the above information to the government within fourteen days of issuance of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252(a), 2252A(a), and 2422; involving this user ID identified on Attachment A, information pertaining to the following matters:

(a)     See Section I above of Attachment B; and

(b)     Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.